IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:09-CR-27 (HL) |
| | : | |
| v. | : | |
| | : | |
| MARCUS L. THOMAS | : | |
| _____ | : | |

**O R D E R**

Upon the motion of the Government and for the reasons set forth in the Government's Motion to Continue, IT IS HEREBY ORDERED that the case be continued from the September term of court to the next term of court.  In support of this order, the court specifically finds that:

(1)

Defendant and Johnny Lee Fort are charged in the same indictment with drug related offenses. On September 3, 2009, the Court granted a motion which allowed Fort's attorney to withdraw from the case. This will necessitate appoint of new counsel.

(2)

The charges against Fort are the same as those against Defendant. A continuance will avoid multiple trials based on the same evidence.

(3)

WHEREFORE it is ordered that the case be continued to the next trial term. It is further

ordered that any delay occasioned by the continuance be deemed excludable delay pursuant to Title 18, United States Code, Section 3161 of the Speedy Trial Act.

SO ORDERED, this 9th day of September, 2009.

*S/ Hugh Lawson*
HONORABLE HUGH LAWSON
UNITED STATES DISTRICT JUDGE